**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SANTIAGO ALVARADO DE LEON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 26-6412** |
| | : | |
| **SECRETARY MARKWAYNE MULLIN, U.S. DEPARTMENT OF HOMELAND SECURITY, TODD BLANCHE, THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, J.L. JAMISON** | : | |

# ORDER

**AND NOW**, this 31st day of August 2026, upon considering plaintiff's notice of voluntary dismissal (DI 3), it is **ORDERED**:

1. This action is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(a)(1)(A)(i);

2. The petition (DI 1) is **DISMISSED**.

3. The Clerk of Court shall **close** this case.

**MURPHY, J.**